UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORNTON DAVID WITHERS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RONALD RACKLEY, Warden,<br><br>　　　　Respondent. | Case No. CV 16-5722 FMO(JC)<br><br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed.

IT IS SO ADJUDGED.

DATED: August 5, 2019

　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　HONORABLE FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE